**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-03144-CMA-BNB

DIANA McELROY,

    Plaintiff,

v.

FRANCY LAW FIRM, P.C.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulated Motion To Dismiss With Prejudice (Doc. # 10), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorney fees.  It is

FURTHER ORDERED that the Scheduling Conference before Magistrate Judge Boland, set for February 6, 2013, is VACATED.

DATED:  January __24__, 2013

                                                          BY THE COURT:

                                                          _____
                                                          CHRISTINE M. ARGUELLO
                                                          United States District Court Judge